IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 15 C 4936 |
| HARLEY ERECTORS, INC., an Illinois corporation, | ) ) ) ) | JUDGE THOMAS M. DURKIN |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, HARLEY ERECTORS, INC., an Illinois corporation, in the total amount of $147,204.67, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $4,356.00.

1. Plaintiffs original complaint was brought solely under ERISA, 29 U.S.C. 1132, 1145, to recover unpaid contributions, liquidated damages, audit costs, NSF Fees, court costs and attorneys fees. The summons and complaint were served on Defendant on June 11, 2015. A true and correct copy of the summons and affidavit of service is attached hereto as Exhibit A.

2. On June 18, 2015, Plaintiffs filed their First Amended Complaint, adding Local 112 as a Plaintiff and adding a count to recover dues under the LMRA, 29 U.S.C. §185. The First Amended Complaint was served on Defendant's Registered Agent on July 1, 2015. A true and correct copy of the first amended complaint and affidavit of service is attached hereto as Exhibit B.

3. Defendant's answer to the first amended complaint was due by July 16, 2015. As Defendant has failed to timely answer the First Amended Complaint, Plaintiffs respectfully request entry of default and judgment in the amounts set forth herein.

4. Defendant is bound to various collective bargaining agreements with Local Unions affiliated with the International Association of Iron Workers, including Locals 111, 112 and 444, each of which require Defendant to report and pay fringe benefit contributions and wage deductions to Plaintiffs (Ex. C, Burke Aff., ¶ 4; Ex. D, Stanley Aff., ¶ 4). Plaintiff Funds act as the collecting agent for contributions required under these agreements for smaller funds, including apprenticeship funds, building trades funds, industry advancement funds, and other related funds (Ex. C, Burke Aff., ¶ 4). The collective bargaining agreements incorporate the Trust Agreements establishing and governing the Plaintiff Funds (Ex. C, Burke Aff., ¶ 4).

5. A review of Defendant's payroll books and records was conducted by Legacy Professionals, LLP, Certified Public Accountants covering the period from December 1, 2012 through December 31, 2014 (Ex. C, Burke Aff., ¶ 7). Based upon the additional hours itemized in Legacy's report and all other evidence and records of payments from Defendant maintained by the Funds, the following contributions and liquidated damages are due from the Defendant to the Plaintiff Funds:

| Plaintiff Fund | Contributions | Liquidated Damages |
| --- | --- | --- |
| Mid-America Pension Fund | $7,163.28 | $1,909.38 |
| Supplemental Monthly Annuity (SMA) | $5,636.51 | $1,487.50 |

(Ex. C, Burke Aff., ¶ 8).

6. Legacy Professionals, LLP has charged the Trustees the sum of $1,631.86 for auditing fees, which sum has been paid by the Funds (Ex. C, Burke Aff., ¶ 9).

7. Defendant submitted reports and contributions for work in Local 112's jurisdiction for November 2014, but underpaid the contributions due the Funds by $224.16, thus incurring liquidated damages of $21.69 (Ex. C, Burke Aff., ¶ 10).

8. Defendant submitted reports and contributions for work in Local 112's jurisdiction for February 2015, but the check submitted therewith was dishonored by Defendant's bank. Consequently, Defendant still owes contributions of $29,995.41, plus liquidated damages of $1,658.42, and NSF fees of $400.00 (Ex. C, Burke Aff., ¶ 11).

9. Defendant has not submitted reports or contributions for work performed in any Local Union's jurisdiction for March 2015 through July 2015. However, based on check stubs, invoices and/or time sheets received from Defendant's covered employees and general contractors in Local 112's jurisdiction through July 2015, Defendant is currently known to owe the Funds the following:

| Plaintiff Fund | Contributions | Liquidated Damages |
| --- | --- | --- |
| Mid-America Pension Plan | $40,476.94 | $1,203.87 |
| Supplemental Monthly Annuity (SMA) Fund | $32,639.34 | $967.85 |
| Other Funds | $ 6,144.29 | |

(Ex. C, Burke Aff., ¶ 12).

10. Defendant further owes Plaintiffs liquidated damages on contributions reported and paid late between April 2014 and January 2015 totaling $4,683.43 (Ex. C, Burke Aff., ¶ 13).

11. Based on reports submitted to Plaintiffs by Harley for the months of February 2015 and based on check stubs and timesheets for March through May 2015, Defendant owes Local 112 dues totaling $10,960.74 (Ex. D, Stanley Aff., ¶ 7).

12. Plaintiffs have incurred and are entitled to recover their reasonable court costs and attorneys' fees of $4,356.00 (Ex. E, Chapman Aff., ¶ 10).

WHEREFORE, Plaintiffs respectfully request that judgment by default be entered in their favor, against Defendant, in the total amount of $151,560.67.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Harley Erectors\#26223\motion.pnr.df.wpd

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>4th</u> day of <u>August 2015</u>:

                      Harley Erectors, Inc.
                      c/o Hasselberg, Rock, Bell & Kuppl, Registered Agent
                      4600 N. Brandywine Drive, Suite 200
                      Peoria, IL   61614

                      Mr. Michael A. Koenig, President
                      Harley Erectors, Inc.
                      PO Box 19
                      Chenoa, IL   61726

                                              /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: <u>pryan@baumsigman.com</u>

I:\MIDJ\Harley Erectors\#26223\motion.pnr.df.wpd